U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 5 2017

JAMES N. HATTEN, Clerk
By_____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R00745)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton          DISTRICT COURT NO. 17-CR-0428
                             MAGISTRATE CASE NO.

X Indictment              Information              Magistrate's Complaint
DATE: December 5, 2017    DATE:                    DATE:

UNITED STATES OF AMERICA          | SUPERSEDING INDICTMENT
vs.                               | Prior Case Number:
VLADIMIR MARCELLUS                | Date Filed:

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?    Yes    X No
Will the defendant be arrested pending outcome of this proceeding?    Yes    X No
Is the defendant a fugitive?    Yes    X No
Has the defendant been released on bond?    Yes    X No

Will the defendant require an interpreter?    Yes    X No

District Judge:

Attorney: Samir Kaushal
Defense Attorney: