UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA V. | PLAINTIFF | CASE NUMBER: 1:17-CR-428 |
| VLADIMIR MARCELLUS | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

FILED 2017 DEC -7 AM 11:24 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY ___

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

**17MJ03088**

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: DECEMBER 7, 2017, 7:00  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   TITLE 18 USC SECTION 1344(1), BANK FRAUD CONSPIRACY

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes   Language: ___

7. Year of Birth: 1988

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: SYBLE

10. Remarks (if any): ___

11. Name: GARY D. WALLACE   (please print)

12. Office Phone Number: 310-477-6565   13. Agency: FBI

14. Signature: [signature]   15. Date: DECEMBER 7, 2017

CR-64 (2/14)   REPORT COMMENCING CRIMINAL ACTION